# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| COURTNEY REAGH, on behalf of herself and other similarly situated persons, | ) ) ) | CASE NO. 5:22-cv-266 |
| PLAINTIFFS, | ) ) | JUDGE SARA LIOI |
| v. | ) ) ) | **JUDGMENT ENTRY** |
| GIESEN MANAGEMENT ASSOCIATES, LLC, et al., | ) ) ) ) | |
| DEFENDANTS. | ) | |

For reasons set forth in the contemporaneously filed memorandum opinion and order, the claims in plaintiffs' complaint are dismissed with prejudice, and this case is closed.

**IT IS SO ORDERED**.

Dated: October 13, 2023

**HONORABLE SARA LIOI
CHIEF JUDGE
UNITED STATES DISTRICT COURT**